**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

RON BISHOP,

        Plaintiff,

vs.

BANK OF AMERICA, NATIONAL ASSOCIATION,

        Defendant.

2:20-cv-01387-RFB-VCF

**ORDER**

      Before the Court is Defendant's Motion For Extension To File Response To Plaintiff's Motion To File Supplemental Complaint (ECF No. 19). Defendant seeks an extension through November 2, 2020 to file its response to Plaintiff's Motion to file Supplemental Complaint.

      Plaintiff Bishop has filed a non-opposition to Defendant's Motion for Extension To File Response To Plaintiff's Motion To File Supplemental Complaint (ECF No. 20).

      Accordingly, IT IS HEREBY ORDERED that Defendant's Motion For Extension To File Response To Plaintiff's Motion To File Supplemental Complaint (ECF No. 19) is GRANTED.

      DATED this 23rd day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE