WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
*Attorneys for Defendant, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RON BISHOP,<br><br>   Plaintiff,<br>   vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION,<br><br>   Defendant. | Case No.:  2:20-cv-01387-RFB-VCF<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL COMPLAINT [ECF No. 18]**<br><br>**(Second Request)** |

Plaintiff, Ron Bishop ("Plaintiff"), and Defendant, Bank of America, N.A. ("Defendant") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

Plaintiff filed his Complaint on July 27, 2020. Defendant filed its Answer on September 1, 2020 [ECF No. 11]. Plaintiff filed his First Amended Complaint on September 17, 2020 [ECF No. 14]. Defendant filed its Answer to the First Amended Complaint on October 1, 2020 [ECF No. 17].  Plaintiff filed his Motion to File Supplemental Complaint on October 5, 2020 [ECF No. 18]. Defendant filed a Motion to extend the deadline to file its Opposition, and an Order extending Defendant's deadline to November 2, 2020 was entered on October 23, 2020 [ECF No. 23]. On October 31, 2020, the parties exchanged emails discussing an additional extension to November 9, 2020.   During their respective communications, Plaintiff has clarified his position and the issues raised in the proposed Supplemental Complaint.  Defendant requires additional time to review given the parties' discussion.

Accordingly, the parties stipulate and agree that defendant Bank of America, N.A. shall

1  have through and including November 9, 2020 to file an opposition to plaintiff's Motion to File a
2  Supplemental Complaint.  This is the second request for an extension of time for Defendant to
3  file its response to Plaintiff's Motion. The extension is requested in good faith and is not for
4  purposes of delay or prejudice to any other party.
5        DATED this 4th day of November, 2020.

WRIGHT, FINLAY & ZAK, LLP

| */s/ Darren T. Brenner* | */s/ Mitchell D. Gliner* |
|---|---|
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Bank of America, N.A.* | Mitchell D. Gliner, Esq.<br>Nevada Bar No. 3419<br>3017 W. Charleston Blvd., #95<br>Las Vegas, Nevada 89102<br>*Attorney for Plaintiff, Ron Bishop* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  11-4-2020