Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700 / (702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RON BISHOP,

    Plaintiff,

vs.

BANK OF AMERICA, NATIONAL ASSOCIATION,

    Defendant.

No. 2:20-cv-01387-RFB-VCF

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | WRIGHT, FINLAY & ZAK, LLP |
| [signature] | /s/ Darren T. Brenner |
| MITCHELL D. GLINER, ESQ. | DARREN T. BRENNER, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 008386 |
| 3017 W. Charleston Blvd. # 95 | RAMIR M. HERNANDEZ, ESQ. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 013146 |
| Attorney for Plaintiff | 7785 W. Sahara Avenue, Suite 200 |
| | Las Vegas, Nevada 89117 |
| | Attorneys for Defendant |

IT IS SO ORDERED this 3rd day of December, 2020.

IT IS SO ORDERED:

[signature]

RICHARD F. BOULWARE, II
United States District Judge